UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHMAL OMNIKO DAVIS,<br><br>          Plaintiff,<br><br>     v.<br><br>T. BAINES, et al.,<br><br>          Defendants. | 1:24-cv-00207-EPG (PC)<br><br>ORDER TO SUBMIT A COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405 filing fee, and the application he submitted to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 does not appear to be complete. Plaintiff's application is missing the second page of the form, which would normally include a date and Plaintiff's signature. (ECF No. 2).

Accordingly, IT IS HEREBY ORDERED that:

Within thirty days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**
IT IS SO ORDERED.

Dated:  **February 16, 2024**             /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

1