UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHMAL OMNIKO DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>T. BAINES, *et al.*,<br><br>    Defendants. | 1:24-cv-00207-EPG (PC)<br><br>ORDER TO ASSIGN A DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY A FILING FEE OR SUBMIT AN APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>OBJECTIONS, IF ANY, DUE WITHIN THIRTY DAYS |

Plaintiff Jahmal Davis is a state prisoner proceeding *pro se* in this civil rights lawsuit filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on February 15, 2024. (ECF No. 1). Plaintiff also submitted an application to proceed *in forma pauperis* (IFP) (ECF No. 2), which was not complete. The application was missing the second page of the form, which would normally include a date a date and Plaintiff's signature. (*Id.*) The Court issued an order on February 16, 2024, giving Plaintiff thirty days to either 1) submit a completed and signed IFP application, or 2) pay the filing fee of $405. (ECF No. 5). The Court warned Plaintiff that "[f]ailure to comply with this order will result in dismissal of this action." (*Id.*) The thirty-day period has expired, and Plaintiff has failed to pay the filing fee, submit a completed and signed IFP application, or otherwise respond to the Court's order.

\\\

1

Accordingly, **IT IS ORDERED** that:

1. The Clerk of Court shall assign a district judge to this case.

And **IT IS RECOMMENDED** that:

1. This action be dismissed, without prejudice, for Plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and
2. The Clerk of Court be directed to close this case.
3. Alternatively, if Plaintiff files a proper *in forma pauperis* application or pays the filing fee within thirty days, this Court will vacate these findings and recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **April 1, 2024**                       /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE

2