1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8    JAHMAL OMNIKO DAVIS,                      No.  1:24-cv-00207-KES-EPG (PC)

9              Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS TO DISMISS
10        v.                                   ACTION, WITHOUT PREJUDICE, FOR
                                               FAILURE TO PROSECUTE AND FAILURE
11   T. BAINES, *et al.*,                      TO FOLLOW COURT ORDER

12             Defendants.                     Doc. 18

13

14        Plaintiff Jahmal Omniko Davis is a state prisoner proceeding pro se and in forma pauperis

15   in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United

16   States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

17        Plaintiff filed the complaint in this action on February 15, 2024.  Doc. 1.  Plaintiff alleged

18   excessive use of force by correctional officers at Corcoran State Prison.  *Id.*  The assigned

19   magistrate judge issued a screening order on April 11, 2024, finding that plaintiff failed to state

20   any cognizable claims.  Doc. 15.  The magistrate judge granted plaintiff leave to file, within thirty

21   days, either a first amended complaint or a notice indicating he would stand on his complaint.  *Id.*

22   Plaintiff was warned that failure to comply with the court's order "may result in the dismissal of

23   this action."  *Id.*

24        Subsequently, the court granted plaintiff's motion for extension of time to respond to the

25   court's screening order.  Doc. 17.  The court granted plaintiff an "additional 30 days, until June

26   17, 2024, to respond to the Court's Screening Order."  *Id.*

27        Plaintiff did not respond to the court's order or otherwise communicate with the court

28   prior to the extended deadline of June 17, 2024.  *See* Docket.  On August 2, 2024, the magistrate

1

1  judge issued findings and recommendations recommending dismissal of this action for failure to

2  prosecute and failure to comply with the court's orders.  Doc. 18.  The findings and

3  recommendations were served on plaintiff and contained notice that any objections were to be

4  filed within thirty days after service.  *Id.*

5      Plaintiff then filed another motion for extension of time, asking for a continuance of this

6  case until he is released in April of 2025.  Doc. 19.  The magistrate judge denied the motion,

7  finding "the requested continuance to April 17, 2025, more than eight months from now, is not a

8  reasonable request.  Rather, it indicates that Plaintiff has chosen not to prosecute this case at this

9  time." *Id.*[1]

10     In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de

11  novo review of the case.  Having carefully reviewed the file, the court concludes that the

12  magistrate judge's findings and recommendations are supported by the record and by proper

13  analysis.

14     Accordingly, IT IS HEREBY ORDERED:

15  1.  The findings and recommendations issued on August 2, 2024, Doc. 18, are **ADOPTED**

16     **IN FULL**;

17  2.  This action is **DISMISSED**, without prejudice, for plaintiff's failure to prosecute and

18     failure to follow a court order; and

19  3.  The Clerk of the Court is directed to close this case.

20

21

22  IT IS SO ORDERED.

23     Dated:     October 11, 2024     _____

24                                          UNITED STATES DISTRICT JUDGE

25

26  [1] In plaintiff's motion for a continuance, he states that he broke his writing hand.  However, the
   medical report attached to plaintiff's motion states, and the findings and recommendations note,

27  that he was injured on or about June 26, 2024, which is after the extended deadline of June 17,
   2024.  *See* Doc. 19 at 3; Doc. 20 at 2-3.

28

2